# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

TERRANCE SWANN,
Plaintiff,

V.

Case No. 2:19-cv-00592-JMS-MJD

RICHARD BROWN, et al
Defendants

SCANNED at WVCF and Emailed on 11/20/20 by HM - 88 pages.

**FILED**
11/20/2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## PLAINTIFFS' MOTION TO COMPEL INTERROGATORIES RESPONES FROM DEFENDANT

The Plaintiff, Terrance Swann, pro se, respectfully request the Court to Compel the Defendants by way of Counsel, Jordan M. Stover, Deputy Attorney General to Exhibits 2-6. In support of this the Plaintiff states as follows:

1. The Plaintiff filed or rather mailed to Defendants his interrogatories on Tuesday October 13, 2020 (See Exhibit 1)

2. The Plaintiff wrote to Deputy A.G., Jordan M. Stover last week on the 13th or 14th of November inquiring about the Interrogatories in which the Plaintiff recieved no response (Declaration Exhibit 7)

3. The Plaintiff sent the following interrogatories in which Defendants have failed to respond (Exhibit 2-6)

1 of 2.                                  (With Attachment)

Wherefore the Plaintiff prays the Court will order the Defendants to respond to Interrogatories Exhibit 2-6 without further delay and grant all other relief the Court finds just and proper.

Respectfully Submitted,
Terrance Swann

CERTIFICATE OF SERVICE

The following was mailed to Jordan M Stover Deputy A.G. this 26th day of November 2020 by U.S. Postal Service.

Terrance Swann